# U.S. District Court
# District of Oregon (Portland (3))
# CIVIL DOCKET FOR CASE # 3:18–cv–01875–MO

| | |
|---|---|
| Behrens v. Bonneville Billing and Collections, Inc. | Date Filed: 10/25/2018 |
| Assigned to: Judge Michael W. Mosman | Jury Demand: Plaintiff |
| Cause: 15:1692 Fair Debt Collection Act | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Crystal Behrens**     represented by    **Joshua R. Trigsted**
Trigsted Law Group, P.C.
5200 SW Meadows Rd
Ste 150
Lake Oswego, OR 97035
888–247–4126 ext. 1
Fax: 866–927–5826
Email: josh@tlgconsumerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bonneville Billing and Collections, Inc.**     represented by    **Jeffrey I. Hasson**
Hasson Law, LLC
9385 SW Locust Street
Tigard, OR 97223
503–255–5352
Fax: 503–255–6124
Email: hasson@hassonlawllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Email All Attorneys

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2018 | 1 | Complaint. Filing fee in the amount of $400 collected. Agency Tracking ID: 0979–5609063 Jury Trial Requested: Yes. Filed by Crystal Behrens against Bonneville Billing and Collections, Inc. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons). (Trigsted, Joshua) (Entered: 10/25/2018) |
| 10/25/2018 | 2 | Notice of Case Assignment to Judge Michael W. Mosman and Discovery and Pretrial Scheduling Order. **NOTICE: Counsel shall print and serve the summonses and all documents issued by the Clerk at the time of filing upon all named parties in accordance with Local Rule 3–5**. Discovery is to be completed by 2/22/2019. Joint Alternate Dispute Resolution Report is due by 3/25/2019. Pretrial Order is due by 3/25/2019. Ordered by Judge Michael W. Mosman. (rs) (Entered: 10/25/2018) |
| 10/25/2018 | 3 | |

| | | |
|---|---|---|
| | | Summons Issued Electronically as to Bonneville Billing and Collections, Inc.. **NOTICE: Counsel shall print and serve the summonses and all documents issued by the Clerk at the time of filing upon all named parties in accordance with Local Rule 3–5.** (rs) (Entered: 10/25/2018) |
| 12/07/2018 | Ï 4 | Notice of Appearance of Jeffrey I. Hasson appearing on behalf of Bonneville Billing and Collections, Inc. Filed by on behalf of Bonneville Billing and Collections, Inc.. (Hasson, Jeffrey) (Entered: 12/07/2018) |
| 12/14/2018 | Ï 5 | Stipulated Motion to Change or Transfer Venue *to District of Idaho*. Filed by Bonneville Billing and Collections, Inc.. (Hasson, Jeffrey) (Entered: 12/14/2018) |
| 12/17/2018 | Ï 6 | **ORDER:** GRANTING Defendant's Stipulated Motion to Transfer Venue 5 . Pursuant to 28 U.S.C. 1404(a), this case is transferred to the District of Idaho. Ordered by Judge Michael W. Mosman. (kms) (Entered: 12/17/2018) |